## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**GLEN SCHOOLEY,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:21-cv-219-AW-MJF**

**OPTION ONE MORTGAGE**
**CORPORATION, a/k/a, SAND**
**CANYON CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 7, 2022 report and recommendation. ECF No. 31. I have also considered de novo this issues raised in Plaintiff's objections. ECF No. 32. I have determined the report and recommendation should be adopted. It is now ORDERED:

1.      The report and recommendation (ECF No. 31) is adopted and incorporated into this order.

2.      The motion to dismiss (ECF No. 28) is GRANTED.

3.      Plaintiff's claims against Option One Mortgage Corporation are dismissed with prejudice for failure to state a claim. Plaintiff may not amend for the reasons set out in the report and recommendation.

4.      The magistrate judge will conduct further appropriate proceedings as to the remaining claims.

SO ORDERED on October 3, 2022.

_s/ Allen Winsor_____
United States District Judge